IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

PAULA M. KARNO                                                                               PLAINTIFF

      v.                                    Civil No. 03-3098

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                    DEFENDANT

## **JUDGMENT**

On this 29th day of September, 2005, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Rick Spencer, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $1,696.02 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                        /s/ Bobby E. Shepherd
                                       HONORABLE BOBBY E. SHEPHERD
                                       UNITED STATES MAGISTRATE JUDGE